**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| Juan Carlos Peres, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | Civil Action No. 26-CV-11163-RGS |
| v. | ) | |
| | ) | |
| David Wesling, et al, | ) | |
| | ) | |
| Respondent (s). | ) | |
| | ) | |

**ORDER OF DISMISSAL**

**RICHARD G. STEARNS, D.J.**

In accordance with the Court's Order  [Dkt. 10] entered on 3/20/2026, it is

hereby **ORDERED** that the above-entitled action be, and hereby is,

                                                            **DISMISSED**.

Dated: 3/20/2026                                                    By the Court,

                                                            /s/ Courtney Horvath
                                                            Deputy Clerk